782

No. 624. AMERICAN RAILROAD CO. OF PUERTO RICO *v.* ROMERO ET AL. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *James R. Beverley* and *Henri Brown* for petitioner. *L. E. Dubon* for respondents.

No. 642. TEXAS PACIFIC COAL & OIL CO. *v.* CALCOTE ET AL. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *David B. Trammell, William H. Watkins, P. H. Eager, Jr., Elizabeth Hulen* and *Thomas H. Watkins* for petitioner. *Charles F. Engle* and *Forrest B. Jackson* for respondents.

No. 487. TWIN FALLS CANAL CO. *v.* JOHNSON ET AL. November 18, 1946. Petition for writ of certiorari to the Supreme Court of Idaho denied. *James R. Bothwell* for petitioner.

No. 557. LAMONT *v.* COMMISSIONER OF INTERNAL REVENUE. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Walter S. Orr* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *I. Henry Kutz* for respondent.

No. 558. TAYLOR *v.* PORTER, PRICE ADMINISTRATOR. November 18, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. THE